FILED

2017 NOV 15 PM 1:25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2017 Grand Jury

| UNITED STATES OF AMERICA, | ED CR 17-00229 FMO |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 666(a)(1)(B): Bribery of Programs Receiving Federal Funds; 18 U.S.C. § 844(i): Attempted Arson of a Building Affecting Interstate Commerce; 18 U.S.C. § 2(b): Causing an Act to be Done] |
| JERMAINE WRIGHT, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 666(a)(1)(B)]

1. At all times relevant to this Indictment:

    a.  The City of Adelanto ("City") was a local government located in the Central District of California.  The City received federal assistance in excess of $10,000 during the one-year period beginning July 1, 2016 through June 30, 2017.

    b.  The City's policy-making and legislative authority was vested in a governing city council consisting of the Mayor, the Mayor Pro Tem, and three other members, all elected.  The Mayor Pro Tem was

the highest ranking member of the council other than the Mayor, and was responsible for running the council when the Mayor was absent.

      c. Defendant JERMAINE WRIGHT ("WRIGHT") was an agent of the City of Adelanto, whose duties as Mayor Pro Tem and member of the city council included setting public policy for the City, including through consideration of and voting on City ordinances, overseeing the functioning of City government, setting the City's budget, serving on committees as directed by the city council, and performing other administrative duties. For example, defendant WRIGHT voted on ordinances governing zoning regulations in the City.

   2. Beginning in or about June 2017 and continuing to on or about October 6, 2017, in San Bernardino County, within the Central District of California, defendant WRIGHT corruptly solicited, demanded, accepted, and agreed to accept a thing of value, namely, money, from an undercover Federal Bureau of Investigation Special Agent ("UC-1"), intending to be influenced and rewarded in connection with a business, transaction, and series of transactions of the City having a value of $5,000 or more. Specifically, defendant WRIGHT solicited, demanded, accepted, and agreed to accept money from UC-1, intending to be influenced and rewarded in connection with the future expansions of a marijuana business zone, and in connection with the curtailment of code enforcement.

Case 5:17-cr-00229-JGB   Document 11   Filed 11/15/17   Page 3 of 3   Page ID #:56

## COUNT TWO

[18 U.S.C. §§ 844(i), 2(b)]

Beginning in or about August 2017 and continuing to on or about October 17, 2017, in San Bernardino County, within the Central District of California, defendant JERMAINE WRIGHT attempted to maliciously damage and destroy, and willfully and maliciously caused the attempted damage to and destruction of, by means of fire, a building and other real and personal property used in interstate commerce, and in activities affecting interstate commerce, namely, Fat Boyz Grill, a restaurant located in Suites 1 and 3 of a commercial building located at 11619 Rancho Road, Adelanto, and its contents.

A TRUE BILL

_/s/_
Foreperson

SANDRA R. BROWN
Acting United States Attorney

_/s/_

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

SEAN D. PETERSON
Assistant United States Attorney
Riverside Branch Office