# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 5:17-CR-00229-JGB-1 |
| Date | June 14, 2022 |
| Present: The Honorable | Jesus G. Bernal, U.S. District Judge |
| Interpreter | N/A |

| Deputy Clerks | Court Reporter/Recorder | Assistant U.S. Attorney |
|---|---|---|
| Maynor Galvez / Noe U. Ponce | Phyllis A. Preston A.M./ Laura Elias P.M | Sean Peterson |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jermaine Wright | | X | X | David Kaloyanides, CJA | | X | X |

___ Day COURT TRIAL    1st Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;  X Begun (1st day);  X Held & continued;  ___ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.

___ Opening statements made

___ Witnesses called, sworn and testified.

___ Exhibits identified    ___ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____    ___ Not Guilty on count(s) _____

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

X Case continued to Wednesday, June 15, 2022, at 9:00 a.m. for further trial/further jury deliberation.

___ Other:

3 : 11

Initials of Deputy Clerk    NP/MG