# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 5:17-CR-00229-JGB-1 |
| Date | June 15, 2022 |
| Present: The Honorable | Jesus G. Bernal, U.S. District Judge |
| Interpreter | N/A |

| Maynor Galvez / Noe U. Ponce | Phyllis A. Preston A.M./ Laura Elias P.M | Sean Peterson |
|---|---|---|
| *Deputy Clerks* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jermaine Wright | | X | X | David Kaloyanides, CJA | X | | X |

___ Day COURT TRIAL      2nd Day JURY TRIAL      ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

X   The Jury is impaneled and sworn.

X   Opening statements made    Plaintiff and Defense

X   Witnesses called, sworn and testified.

X   Exhibits identified      X   Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft #___ Guilty on count(s) _____    ___ Not Guilty on count(s) _____

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

X   Case continued to   Thursday, June 16, 2022, at 9:00 a.m.   for further trial/further jury deliberation.

___ Other:

                                                                5 : 23
                                        Initials of Deputy Clerk    NP/MG