# LIST OF EXHIBITS AND WITNESSES

FILED

CLERK, U.S. DISTRICT COURT

6/22/2022

CENTRAL DISTRICT OF CALIFORNIA

BY:        NP         DEPUTY

| | |
|---|---|
| **Case Number** | 5:17-CR-00229-JGB-1 |
| **Title** | USA v. Jermaine Wright |
| **Judge** | Jesus G. Bernal, United States District Judge |
| **Dates of Trial or Hearing** | June 14, June 15, June 16, June 17, June 21, June 22, 2022 |
| **Court Reporters or Tape No.** | Phyllis A. Preston & Laura Elias |
| **Deputy Clerks** | Maynor Galvez / Noe U. Ponce |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Sean D. Peterson, AUSA | David J. Kaloyanides, CJA |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | 6/15/22 - Roberto Andrade | Plaintiff |
| | | | | | | 6/15/22, 6/16/22, 6/21/22- Kevin Boles | Plaintiff |
| | | | | | | 6/16/22 - Travis James | Plaintiff |
| | | | | | | 6/16/22 & 6/17/22 - Steven Gale | Plaintiff |
| | | | | | | 6/16/22 - Lavalle Garrett | Plaintiff |
| | | | | | | 6/17/22 - UCE5001 | Plaintiff |
| | | | | | | 6/21/22 - Jermaine Wright | Defendant |
| | | | | | | | |
| | | | | | | "Exhibits - See Attached List" | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

UNDERLINE UNITED STATES v. JERMAINE WRIGHT

**17-CR-229-JGB**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 1 | Segment of August 31, 2017 Audio Recording Involving Defendant and Confidential Human Source | 6/15/22 | 6/15/22 |
| 2 | September 26, 2017 Audio Recording Involving Defendant and Confidential Human Source, First Clip | 6/15/22 | 6/15/22 |
| 3 | September 26, 2017 Audio Recording Involving Defendant and Confidential Human Source, Second Clip | 6/15/22 | 6/15/22 |
| 4 | September 28, 2017 Audio Recording Involving Defendant and UCE5001 | 6/17/22 | 6/17/22 |
| 5 | Segment of October 3, 2017 Video Recording Involving Defendant and UCE5001 | 6/17/22 | 6/17/22 |
| 6 | Segment of October 6, 2017 Video Recording Involving UCE5001 at Restaurant and Suite 3 | 6/17/22 | 6/17/22 |
| 7 | Segment of October 6, 2017 Video Recording Involving Defendant and UCE5001 | 6/17/22 | 6/17/22 |
| 8 | October 4, 2017 Audio Recording Involving Defendant and Confidential Human Source, First Clip | 6/15/22 | 6/15/22 |

<u>**UNITED STATES v. JERMAINE WRIGHT**</u>

**17-CR-229-JGB**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 9 | October 4, 2017 Audio Recording Involving Defendant and Confidential Human Source, Second Clip | 6/15/22 | 6/15/22 |
| 10 | Segment of Audio Recording of October 17, 2017 Interview of Defendant | 6/15/22 | 6/15/22 |
| 11 | Video Recording of October 17, 2017 Interview of Defendant, First Clip | 6/15/22 | 6/15/22 |
| 12 | Video Recording of October 17, 2017 Interview of Defendant, Second Clip | 6/15/22 | 6/15/22 |
| 13 | Video Recording of October 17, 2017 Interview of Defendant, Third Clip | 6/15/22 | 6/15/22 |
| 14 | Segment of October 18, 2017 Audio Recording Involving Defendant and Confidential Human Source | 6/16/22 | 6/16/22 |
| 15 | October 23, 2017 Audio Recording Involving Defendant and Confidential Human Source, First Clip | 6/16/22 | 6/16/22 |
| 16 | October 23, 2017 Audio Recording Involving Defendant and Confidential Human Source, Second Clip | 6/16/22 | 6/16/22 |
| 17 | October 23, 2017 Audio Recording Involving Defendant and Confidential Human Source, Third Clip | 6/16/22 | 6/16/22 |

UNITED STATES v. JERMAINE WRIGHT

17-CR-229-JGB

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 18 | October 23, 2017 Audio Recording Involving Defendant and Confidential Human Source, Fourth Clip | 6/16/22 | 6/16/22 |
| 19 | Segment of October 25, 2017 Audio Recording of Interview of Defendant, First Clip | | |
| 20 | Segment of October 25, 2017 Audio Recording of Telephone Call Between Defendant and Confidential Human Source | 6/16/22 | 6/16/22 |
| 21 | October 24, 2017 Audio Recording Involving Defendant and Confidential Human Source, First Clip | | |
| 22 | October 24, 2017 Audio Recording Involving Defendant and Confidential Human Source, Second Clip | | |
| 23 | October 24, 2017 Audio Recording Involving Defendant and Confidential Human Source, Third Clip | | |
| 24 | October 24, 2017 Audio Recording Involving Defendant and Confidential Human Source, Fourth Clip | | |
| 25 | October 25, 2017 Audio Recording Involving Defendant and Confidential Human Source | 6/16/22 | 6/16/22 |

## UNITED STATES v. JERMAINE WRIGHT

### 17-CR-229-JGB

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 26 | Segment of November 7, 2017 Audio Recording of Interview of Defendant, First Clip | | |
| 27 | November 2, 2017 Audio Recording of Telephone Call Involving Defendant and Confidential Human Source | 6/16/22 | 6/16/22 |
| 28 | November 3, 2017 Audio Recording Involving Defendant and Confidential Human Source, First Clip | 6/16/22 | 6/16/22 |
| 29 | November 3, 2017 Audio Recording Involving Defendant and Confidential Human Source, Second Clip | 6/16/22 | 6/16/22 |
| 30 | November 3, 2017 Audio Recording Involving Defendant and Confidential Human Source, Third Clip | 6/16/22 | 6/16/22 |
| 31 | Segment of November 7, 2017 Audio Recording of Telephone Call Involving Defendant and Confidential Human Source | | |
| 32 | October 3, 2017 Surveillance Video Recording, First Clip | 6/15/22 | 6/15/22 |
| 33 | October 3, 2017 Surveillance Video Recording, Second Clip | 6/15/22 | 6/15/22 |
| 34 | October 3, 2017 Surveillance Video Recording, Third Clip | 6/15/22 | 6/15/22 |
| 35 | October 3, 2017 Surveillance Video Recording, Fourth Clip | 6/15/22 | 6/15/22 |

**UNITED STATES v. JERMAINE WRIGHT**

**17-CR-229-JGB**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 36 | October 6, 2017 Surveillance Video Recording, First Clip | 6/15/22 | 6/15/22 |
| 37 | October 6, 2017 Surveillance Video Recording, Second Clip | 6/15/22 | 6/15/22 |
| 38 | October 6, 2017 Surveillance Video Recording, Third Clip | 6/15/22 | 6/15/22 |
| 39 | First Still Image of Ladder From October 6, 2017 Video Recording | 6/17/22 | 6/17/22 |
| 40 | Second Still Image of Ladder From October 6, 2017 Video Recording | 6/17/22 | 6/17/22 |
| 41 | First Still Image of Open Door From October 6, 2017 Video Recording | 6/17/22 | 6/17/22 |
| 42 | Second Still Image of Open Door From October 6, 2017 Video Recording | 6/17/22 | 6/17/22 |
| 43 | Wells Fargo Custodian of Records Declaration | 6/15/22 | 6/15/22 |
| 44 | Wells Fargo Signature Card and Application | 6/15/22 | 6/15/22 |
| 45 | Wells Fargo Deposits with Offsets | 6/15/22 | 6/15/22 |
| 46 | Wells Fargo Account Statements | 6/15/22 | 6/15/22 |
| 47 | Photograph: Exterior of Door, Closed (Suite 3) | 6/16/22 | 6/16/22 |

## UNITED STATES v. JERMAINE WRIGHT

### 17-CR-229-JGB

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 48 | Photograph: Exterior of Door, Open (Suite 3) | 6/16/22 | 6/16/22 |
| 49 | Photograph: Interior, "Wow" Sign (Suite 3) | 6/16/22 | 6/16/22 |
| 50 | Photograph: Bathroom (Suite 3) | 6/16/22 | 6/16/22 |
| 51 | Photograph: Interior 1 (Suite 3) | 6/16/22 | 6/16/22 |
| 52 | Photograph: Interior 2 (Suite 3) | 6/16/22 | 6/16/22 |
| 53 | Photograph: Interior 3 (Suite 3) | 6/16/22 | 6/16/22 |
| 54 | Photograph: Interior 4 (Suite 3) | 6/16/22 | 6/16/22 |
| 55 | Photograph: Exterior of Building (2 Sides) | 6/16/22 | 6/16/22 |
| 56 | Photograph: Exterior Restaurant Door, Closed | 6/16/22 | 6/16/22 |
| 57 | Photograph: Exterior Restaurant Door, Open | 6/16/22 | 6/16/22 |
| 58 | Photograph: Restaurant Water Heater Room | 6/16/22 | 6/16/22 |
| 59 | Photograph: Restaurant Electrical Breaker Boxes & Pipe | 6/16/22 | 6/16/22 |
| 60 | Photograph: Restaurant Hallway and Shelves | 6/16/22 | 6/16/22 |

**UNITED STATES v. JERMAINE WRIGHT**

**17-CR-229-JGB**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 61 | Photograph: Restaurant Closet, Drinks, Speakers | 6/16/22 | 6/16/22 |
| 62 | Photograph: Restaurant Men's Bathroom | 6/16/22 | 6/16/22 |
| 63 | Photograph: Restaurant Women's Bathroom | 6/16/22 | 6/16/22 |
| 64 | Photograph: Restaurant Office 1 | 6/16/22 | 6/16/22 |
| 65 | Photograph: Restaurant Office 2 | 6/16/22 | 6/16/22 |
| 66 | Photograph: Restaurant Seating 1 | 6/16/22 | 6/16/22 |
| 67 | Photograph: Restaurant Seating 2 | 6/16/22 | 6/16/22 |
| 68 | Photograph: Restaurant Seating 3 | 6/16/22 | 6/16/22 |
| 69 | Photograph: Drinks Room | 6/16/22 | 6/16/22 |
| 70 | Photograph: Food Preparation & Storage 1 | 6/16/22 | 6/16/22 |
| 71 | Photograph: Food Preparation & Storage 2 | 6/16/22 | 6/16/22 |
| 72 | Photograph: Food Preparation & Storage 3 | 6/16/22 | 6/16/22 |
| 73 | Photograph: Food Preparation & Storage 4 | 6/16/22 | 6/16/22 |
| 74 | Photograph: Food Preparation & Storage 5 | 6/16/22 | 6/16/22 |

## UNITED STATES v. JERMAINE WRIGHT

### 17-CR-229-JGB

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 75 | Photograph: Food Preparation & Storage 6 | 6/16/22 | 6/16/22 |
| 76 | Photograph: Walk-In Freezer Door 1 | 6/16/22 | 6/16/22 |
| 77 | Photograph: Walk-In Freezer Interior 1 | 6/16/22 | 6/16/22 |
| 78 | Photograph: Walk-In Freezer Door 2 | 6/16/22 | 6/16/22 |
| 79 | Photograph: Walk-In Freezer Interior 2 | 6/16/22 | 6/16/22 |
| 80 | Photograph: Pork Sausage Patties Box | 6/16/22 | 6/16/22 |
| 81 | Photograph: Chef Pierre Box | 6/16/22 | 6/16/22 |
| 82 | Photograph: Sysco Frozen Potatoes Box | 6/16/22 | 6/16/22 |
| 83 | Photograph: Sysco Mayonnaise Container | 6/16/22 | 6/16/22 |
| 84 | Photograph: Syrups and Cane Sugar | 6/16/22 | 6/16/22 |
| 85 | Photograph: Cane Sugar | 6/16/22 | 6/16/22 |
| 86 | Photograph: Black Tea Box | 6/16/22 | 6/16/22 |
| 87 | Photograph: Folgers Container | 6/16/22 | 6/16/22 |
| 88 | Photograph: Dinner Napkins Box | 6/16/22 | 6/16/22 |
| 89 | Photograph: Delfield Ice Cream Freezer 1 | 6/16/22 | 6/16/22 |

UNITED STATES v. JERMAINE WRIGHT

17-CR-229-JGB

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 90 | Photograph: Delfield Ice Cream Freezer 2 | 6/16/22 | 6/16/22 |
| 91 | Photograph: Articles of Incorporation | 6/16/22 | 6/21/22 |
| 92 | Photograph: Cintas Invoice | 6/16/22 | 6/16/22 |
| 93 | Photograph: Farmer Brothers Invoice | 6/16/22 | 6/16/22 |
| 94 | October 5, 2017 Audio Recording of Telephone Call Involving Defendant and UCE5001 | 6/17/22 | 6/17/22 |
| 95 | October 6, 2017 Audio Recording of Telephone Call Involving Defendant and UCE5001 | 6/17/22 | 6/17/22 |
| 96 | October 13, 2017 Audio Recording of Telephone Call Involving Defendant and UCE5001 | 6/17/22 | 6/17/22 |
| 97 | Google Map: 11619 Rancho Road, Adelanto, California to U.S. Route 395 | 6/16/22 | 6/16/22 |
| 98 | Google Map: 11619 Rancho Road, Adelanto, California to Carson City, Nevada | 6/16/22 | 6/16/22 |
| 99 | Google Map: 11619 Rancho Road, Adelanto, California to Las Vegas, Nevada | 6/16/22 | 6/16/22 |
| 100 | National Highway System Map of California | 6/16/22 | 6/16/22 |

## UNITED STATES v. JERMAINE WRIGHT

### 17-CR-229-JGB

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 101 | National Highway System Map of Nevada | 6/16/22 | 6/16/22 |
| 102 | National Highway System Map of Oregon | 6/16/22 | 6/16/22 |
| 103 | National Highway System Map of Washington | 6/16/22 | 6/16/22 |
| 104 | Segment of June 20, 2017 Audio Recording Involving Defendant and UCE5360 | 6/15/22 | 6/15/22 |
| 105 | Segment of July 26, 2017 Audio Recording Involving Defendant and UCE5360, First Clip | 6/15/22 | 6/15/22 |
| 106 | Segment of July 26, 2017 Audio Recording Involving Defendant and UCE5360, Second Clip | 6/15/22 | 6/15/22 |
| 107 | Segment of August 31, 2017 Audio Recording Involving Defendant and Confidential Human Source, Second Clip | 6/15/22 | 6/15/22 |
| 108 | Segment of August 31, 2017 Audio Recording Involving Defendant and Confidential Human Source, Third Clip | | |
| 109 | Segment of August 31, 2017 Audio Recording Involving Defendant and Confidential Human Source, Fourth Clip | 6/15/22 | 6/15/22 |

### UNITED STATES v. JERMAINE WRIGHT

**17-CR-229-JGB**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 110 | Segment of August 31, 2017 Audio Recording Involving Defendant and Confidential Human Source, Fifth Clip | | |
| 111 | Segment of August 31, 2017 Audio Recording Involving Defendant and Confidential Human Source, Sixth Clip | | |
| 112 | Segment of August 31, 2017 Audio Recording Involving Defendant and Confidential Human Source, Seventh Clip | 6/15/22 | 6/15/22 |
| 113 | Segment of August 31, 2017 Audio Recording Involving Defendant and Confidential Human Source, Eighth Clip | 6/15/22 | 6/15/22 |
| 114 | September 26, 2017 Audio Recording Involving Defendant and Confidential Human Source, Third Clip | 6/15/22 | 6/15/22 |
| 115 | September 26, 2017 Audio Recording Involving Defendant and Confidential Human Source, Fourth Clip | | |
| 116 | September 26, 2017 Audio Recording Involving Defendant and Confidential Human Source, Fifth Clip | 6/15/22 | 6/15/22 |
| 117 | October 4, 2017 Audio Recording Involving Defendant and Confidential Human Source, Third Clip | 6/15/22 | 6/15/22 |

UNITED STATES v. JERMAINE WRIGHT

17-CR-229-JGB

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 118 | Segment of October 6, 2017 Video Recording Involving Defendant, Confidential Human Source, and UCE5360, First Clip | 6/15/22 | 6/15/22 |
| 119 | Segment of October 6, 2017 Video Recording Involving Defendant, Confidential Human Source, and UCE5360, Second Clip | 6/15/22 | 6/15/22 |
| 120 | Segment of October 6, 2017 Video Recording Involving Defendant, Confidential Human Source, and UCE5360, Third Clip | 6/15/22 | 6/15/22 |
| 121 | Segment of October 6, 2017 Video Recording Involving Defendant, Confidential Human Source, and UCE5360, Fourth Clip | 6/15/22 | 6/15/22 |
| 122 | Segment of October 6, 2017 Video Recording Involving Defendant, Confidential Human Source, and UCE5360, Fifth Clip | 6/15/22 | 6/15/22 |
| 123 | Video Recording of October 17, 2017 Interview of Defendant, Fourth Clip | 6/15/22 | 6/15/22 |
| 124 | Video Recording of October 17, 2017 Interview of Defendant, Fifth Clip | 6/15/22 | 6/15/22 |

**UNITED STATES v. JERMAINE WRIGHT**

**17-CR-229-JGB**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 125 | Video Recording of October 17, 2017 Interview of Defendant, Sixth Clip | | |
| 126 | Video Recording of October 17, 2017 Interview of Defendant, Seventh Clip | | |
| 127 | Video Recording of October 17, 2017 Interview of Defendant, Eighth Clip | | |
| 128 | Video Recording of October 17, 2017 Interview of Defendant, Ninth Clip | | |
| 129 | Video Recording of October 17, 2017 Interview of Defendant, Tenth Clip | | |
| 130 | Audio Recording of October 20, 2017 Interview of Defendant, First Clip | | |
| 131 | Audio Recording of October 20, 2017 Interview of Defendant, Second Clip | 6/21/22 | 6/21/22 |
| 132 | Audio Recording of October 20, 2017 Interview of Defendant, Third Clip | | |
| 133 | Segment of October 25, 2017 Audio Recording of Interview of Defendant, Second Clip | | |
| 134 | Segment of October 25, 2017 Audio Recording of Interview of Defendant, Third Clip | | |

**UNITED STATES v. JERMAINE WRIGHT**

**17-CR-229-JGB**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 135 | Segment of October 25, 2017 Audio Recording of Interview of Defendant, Fourth Clip | | |
| 136 | Segment of October 25, 2017 Audio Recording of Interview of Defendant, Fifth Clip | | |
| 137 | November 3, 2017 Audio Recording Involving Defendant and Confidential Human Source, Fourth Clip | 6/21/22 | 6/21/22 |
| 138 | November 3, 2017 Audio Recording Involving Defendant and Confidential Human Source, Fifth Clip | | |
| 139 | November 3, 2017 Audio Recording Involving Defendant and Confidential Human Source, Sixth Clip | | |
| 140 | Segment of November 7, 2017 Audio Recording of Interview of Defendant, Second Clip | | |
| 141 | Segment of November 7, 2017 Audio Recording of Interview of Defendant, Third Clip | 6/21/22 | 6/21/22 |
| 142 | Segment of November 7, 2017 Audio Recording of Interview of Defendant, Fourth Clip | 6/21/22 | 6/21/22 |
| 143 | Segment of November 7, 2017 Audio Recording of Interview of Defendant, Fifth Clip | | |

## UNITED STATES v. JERMAINE WRIGHT

### 17-CR-229-JGB

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 144 | Segment of November 7, 2017 Audio Recording of Interview of Defendant, Sixth Clip | 6/21/22 | 6/21/22 |
| 145 | October 6, 2017 Surveillance Video Recording Made Outside of Location Where Defendant met with Steve and CHS, First Clip | 6/15/22 | 6/15/22 |
| 146 | October 6, 2017 Surveillance Video Recording Made Outside of Location Where Defendant met with Steve and CHS, Second Clip | 6/15/22 | 6/15/22 |
| 147 | Still Image of Defendant Taking Money From Table From October 6, 2017 Video | 6/15/22 | 6/15/22 |
| 148 | Still Image of Defendant Holding Money From October 6, 2017 Video | 6/15/22 | 6/15/22 |
| 149 | Still Image of Defendant Holding Money From Second October 6, 2017 Video | 6/15/22 | 6/15/22 |
| 150 | Custodian of Records Declaration and Adelanto Finance and Accounting Records | | |
| 151 | City of Adelanto Receipts by G/L Distribution Report | | |
| 152 | Stipulation Concerning Rental of Suite at 11619 Rancho Road | 6/15/22 | 6/15/22 |

**<u>UNITED STATES v. JERMAINE WRIGHT</u>**

**17-CR-229-JGB**

| EXHIBIT | DESCRIPTION | IDENT. | IN EVID. |
|---------|-------------|--------|----------|
| 153 | Stipulation Concerning Receipt of Federal Funds | 6/15/22 | 6/15/22 |
| 154 | Stipulation Concerning Self-Authenticating Records | 6/15/22 | 6/15/22 |
| 155 | Stipulation Concerning Steve's Testimony | 6/15/22 | 6/15/22 |
| 156 | Black Wristband With a Zipper Pocket [Physical Evidence] | 6/17/22 | 6/17/22 |
| 157 | Fifteen $100 Bills for a Total of $1,500 [Physical Evidence] | 6/17/22 | 6/17/22 |
| 158 | Farmer Brother Invoices [Physical Evidence] | 6/16/22 | 6/16/22 |
| 159 | Cintas Invoices [Physical Evidence] | 6/16/22 | 6/16/22 |

160     Lease Agreement


501   =   Defense-FBI & CHS agreement doc = 6/16/22   - 6/16/22

502   =   Defense-FBI CHS admonishment   = 6/16/22
          documents.

503   =   Agent Boles report re: Andrade = 6/16/22

504   =   Police Report