REDACTED



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

# JURY NOTE • NUMBER  5

Case No. EDCR17-00229-JGB

Title: USA v. Jermaine Wright

========================================================================

☑ The Jury has reached a unanimous verdict.

☐ Other:

_____
_____
_____
_____
_____
_____
_____
_____

Dated this __22__ day of __June__, 2022.

Time: 5 : 00 am/**pm**

### Court's Response: