REDACTED

FILED
CLERK, U.S. DISTRICT COURT
6/22/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___NP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERMAINE WRIGHT,<br><br>    Defendant. | Case No. 5:17-cr-00229-JGB-1<br><br>**VERDICT FORM** |

## Count One

## Bribery of Programs Receiving Federal Funds,

## in violation of 18 U.S.C. § 666(a)(1)(B)

1. We, the jury in the above-captioned case, unanimously find defendant JERMAINE WRIGHT:

　　　_____　　　NOT GUILTY

　　　___✓___　　　GUILTY

If you find the defendant not guilty, do not consider paragraph 2 below, and proceed to the next count in this verdict form. If you find the defendant guilty as charged, proceed to paragraph 2 below.

*Answer the following question only if your answer to Question 1 above was "Guilty."*

2. We, the jury, having found the defendant, JERMAINE WRIGHT, guilty of the offense charged in Count One of the Indictment, further unanimously find that he intended to be influenced or rewarded in connection with (you may choose either or both):

　　　___✓___　　　A vote to expand the marijuana business zone;

　　　___✓___　　　Curtailment of Code Enforcement.

2

## Count Two

### Attempted Arson of a Building Affecting Interstate Commerce, in violation of 18 U.S.C. §§ 844(i), 2(b)

1. We, the jury in the above-captioned case, unanimously find defendant JERMAINE WRIGHT:

   _____  NOT GUILTY

   \_✓\_\_\_  GUILTY

DATED: June 22, 2022, at Riverside, California.

███████████████████████
FOREPERSON OF THE JURY

3