# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### AMENDED

### CRIMINAL MINUTES - TRIAL

| Case No. | 5:17-CR-00229-JGB-1 | | Date | June 22, 2022 |
|---|---|---|---|---|
| Present: The Honorable | Jesus G. Bernal, U.S. District Judge | | | |
| Interpreter | N/A | | | |

| Maynor Galvez / Noe U. Ponce | Phyllis A. Preston | Sean Peterson |
|---|---|---|
| *Deputy Clerks* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jermaine Wright | X | | X | David Kaloyanides, CJA | X | X | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ____ | Day <u>COURT TRIAL</u> | 6th | Day <u>JURY TRIAL</u> | ____ | Death Penalty Phase | |
| ____ | One day trial; | Begun (1st day); | ____ Held & continued; | X | Completed by jury verdict. | |
| ____ | The Jury is impaneled and sworn. | | | | | |
| ____ | Opening statements made | | | | | |
| ____ | Witnesses called, sworn and testified. | | | | | |
| ____ | Exhibits identified | ____ Exhibits admitted | | | | |
| ____ | Government rests. | ____ Defendant | | | rest. | |
| ____ | Motion for mistrial by _____ | is | granted | denied | submitted | |
| ____ | Motion for judgment of acquittal (FRCrP 29) | is | granted | denied | submitted | |
| X | Closing arguments made | X Court instructs jury | | X Bailiff sworn | | |
| ____ | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. | | | | | |
| ____ | Alternates excused | ____ Jury retires to deliberate | | ____ Jury resumes deliberations | | |
| ____ | Finding by Court as follows: | | X Jury Verdict as follows: | | | |
| Dft # | X Guilty on count(s) One and Two | | ____ Not Guilty on count(s) | | | |
| X | Jury polled | ____ Polling waived | | | | |
| X | Filed Witness & Exhibit lists | X Filed Jury notes | X Filed Jury Instructions | X Filed Jury Verdict | | |
| ____ | Case continued to _____ for further trial/further jury deliberation. | | | | | |
| X | Other:   Bond is revoked and Defendant is remanded into custody. **The Court refers the Defendant to the Probation Office for investigation and report and sets sentencing for September 12, 2022, at 2:00 P.M.** | | | | | |

CC: POLA, USM-ED

Initials of Deputy Clerk     NP/MG

3   :   10